[No. 26869-1-III.   Division Three.   January 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNABE NAVARRO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00785-0, John Hotchkiss, J. Pro. Tem., entered February 6, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 25881-5-III.   Division Three.   January 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WAYNE ZBYLSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 06-1-00113-1, John E. Bridges, J. Pro. Tem., entered February 6, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26706-7-III.   Division Three.   January 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE MICHAEL ANNIS, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 07-1-00954-1, Ellen K. Clark and Robert D. Austin, JJ., entered October 11 and December 27, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 26831-4-III.   Division Three.   January 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE PACE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02614-5, Robert D. Austin, J., entered January 18, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Sweeney, J.